# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 28, 2022

## NO. 03-21-00043-CR

**James Logan Diez, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 424TH DISTRICT COURT OF BURNET COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND KELLY
DISMISSED -- OPINION BY JUSTICE KELLY**

This is an appeal from the interlocutory orders entered by the trial court. Having reviewed the record, the Court agrees that the appeal should be dismissed. Therefore, the Court dismisses the appeal. Because appellant is indigent and cannot afford to pay costs, no adjudication of costs is made.